CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04542

Heckenlively v. Davol, Inc. et al
Assigned to: Judge Melinda Harmon
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 12/26/2007
Date Terminated: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lecey Heckenlively**

represented by **Steven Michael Johnson**
Atty at Law
3437 West 7th Street
Ste 258
Ft Worth, TX 76107
817−339−8878
Fax: 214−853−4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $ 350) filed by Lecey Heckenlively. (Attachments: # 1 Civil Cover Sheet)(jegonzalez, ) (Entered: 12/27/2007) |
| 12/27/2007 | | CLERKS NOTICE on Mandatory Electronic Filing re: 1 Complaint. Party notified, filed. (jegonzalez, ) (Entered: 12/27/2007) |
| 12/27/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/2/2008 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy.( Signed by Judge Melinda Harmon ) Parties notified.(jegonzalez, ) (Entered: 12/27/2007) |
| 12/27/2007 | | Filing fee re: 1 Complaint : $350.00, receipt number 587786, filed. (agould, ) (Entered: 12/27/2007) |
| 02/27/2008 | | JPML CONDITIONAL TRANSFER ORDER (14) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Case terminated on 2/27/08. Parties notified.(rvazquez, ) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/27/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 02/27/2008) |